

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

November 19, 2025

**VIA ECF**

Hon. Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY 10007
HoNYSDChambers@nysd.uscourts.gov

**Re:** *Cesar Lucien v. Empower Brands LLC*,
Civil Action No.: 1:25-cv-09055

Dear Judge Ho:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/20/2025

Upon consent of Plaintiff, this request is GRANTED. The parties are reminded that the undersigned has been referred for general pretrial and requests related to such should be directed to the undersigned.

11/20/2025

APPLICATION GRANTED
*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.

This firm represents Defendant Empower Brands LLC ("Defendant") in the above-referenced matter. **We write, with the consent of Plaintiff Cesar Lucien ("Plaintiff"), to respectfully request an extension of the deadline for Defendant to respond to the Complaint, up to and including December 24, 2025.**

By way of background, Plaintiff filed the Complaint on or about October 31, 2025. (ECF No. 1.) On November 8, 2025, Plaintiff filed an affidavit of service denoting service upon Defendant on November 4, 2025 (ECF No. 8), such that Defendant's responsive pleading is due by November 25, 2025.

To provide sufficient time for Defendant to investigate the allegations, prepare a response to the Complaint, and to explore a potential early resolution to avoid the expenditure of potentially unnecessary resources, Defendant respectfully requests that the Court provide an additional 29 days, up to and including Wednesday, December 24, 2025, for Defendant to file a response to the Complaint.

This is the first request for an extension of the responsive pleading deadline in this action. This application is being made in good faith and not to cause undue delay. If granted, this request will not impact any other scheduled dates or appearances. The undersigned has conferred with counsel for Plaintiff, who consents to this request. The parties' next scheduled appearance before the Court is the case management conference scheduled for January 26, 2026.

We thank the Court for its time and attention to this matter.



Hon. Dale E. Ho
November 19, 2025
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*
John W. Egan

cc:   All counsel of record (via ECF)

321966975v.2