UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CESAR LUCIEN,

                         Plaintiff,

          -against-

EMPOWER BRANDS LLC.,

                       Defendant.

-----------------------------------------------------------------X

**25-CV-9055 (DEH) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__02/13/2026
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Order of Dismissal filed on February 12, 2026 (doc. no 19) the Initial Case Management Conference currently scheduled for **March 12, 2026** is hereby adjourned *sine die*.

      SO ORDERED.

DATED:      New York, New York
             February 13, 2026

                            _____
                            KATHARINE H. PARKER
                            United States Magistrate Judge